Form 144

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Dawn E. Emerick**
Debtor(s)

Bankruptcy Case No.: 17–22919–JAD

Chapter: 7
Docket No.: 25

# NOTICE – REMINDER

 Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a ***Certification of Completion of Instructional Course Concerning Personal Financial Management* (Official Form B423)** is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

 ***CHAPTER 7 CASES*** – – *Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: November 20, 2017              Michael R. Rhodes, Clerk
                           United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Dawn E. Emerick  
     Debtor

Case No. 17-22919-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: admin     Page 1 of 1     Date Rcvd: Nov 20, 2017  
                       Form ID: 144     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.  
db         +Dawn E. Emerick,   111 Jessie Street,   Ellwood City, PA 16117-5407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:  
        Eric E. Bononi    bankruptcy@bononilaw.com, pa69@ecfcbis.com  
        James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association as Trustee successor by merger to LaSalle Bank, National Association as Trustee for Washingto bkgroup@kmllawgroup.com  
        Lawrence W. Willis   on behalf of Debtor Dawn E. Emerick help@urfreshstrt.com, urfreshstrt@gmail.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     TOTAL: 4