Certificate Number: 14912-PAW-DE-030254523

Bankruptcy Case Number: 17-22919



14912-PAW-DE-030254523

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 3, 2017, at 10:48 o'clock PM EST, Dawn Emerick completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    December 3, 2017              By:    /s/Jai Bhatt

Name:    Jai Bhatt

Title:    Counselor